# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-3770

_____

Maximo Roman Perez Roblero

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: July 20, 2016
Filed: July 25, 2016
[Unpublished]

_____

Before LOKEN, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Maximo Roman Perez Roblero petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's denial

of petitioner's application for asylum and withholding of removal.[1]  After careful consideration, we conclude that substantial evidence on the record as a whole supports the agency's determination, see Quinonez-Perez v. Holder, 635 F.3d 342, 344 (8th Cir. 2011), because petitioner failed to establish that the alleged past persecution, or the alleged fear of future persecution, was on account of a protected asylum ground, see Gaitan v. Holder, 671 F.3d 678, 682 (8th Cir. 2012); Ortiz-Puentes v. Holder, 662 F.3d 481, 483-84 (8th Cir. 2011).  Petitioner asks us to reconsider our position on gang recruitment and particular social groups, but any such request must be directed to this court sitting en banc.  See Gaitan, 671 F.3d at 681; United States v. Wright, 22 F.3d 787, 788 (8th Cir. 1994).

The petition for review is denied.  See 8th Cir. R. 47B.

_____

[1]Petitioner also sought protection under the Convention Against Torture, but that ruling is not before us.  See Wanyama v. Holder, 698 F.3d 1032, 1035 n.1 (8th Cir. 2012).